No. 737, October Term, 1949. YATES *v.* BALL, 339 U. S. 964;

No. 742, October Term, 1949. THE ARLINGTON, INC. ET AL. *v.* MAYER, 339 U. S. 965;

No. 745, October Term, 1949. MAHANA *v.* UNITED STATES, 339 U. S. 978;

No. 752, October Term, 1949. DUNAWAY ET AL. *v.* STANDARD OIL CO. (NEW JERSEY) ET AL., 339 U. S. 965;

No. 779, October Term, 1949. HUNTINGTON PALISADES PROPERTY OWNERS CORP., LTD. *v.* METROPOLITAN FINANCE CORP., 339 U. S. 980;

No. 781, October Term, 1949. CONNELLY *v.* HURLEY ET AL., CIVIL SERVICE COMMISSIONERS OF CHICAGO, 339 U. S. 983; and

No. 792, October Term, 1949. GLISSMANN *v.* CITY OF OMAHA ET AL., 339 U. S. 960. The petitions for rehearing in these cases are severally denied.

No. 236, Misc., October Term, 1949. SANDERS *v.* SWOPE, WARDEN, 339 U. S. 985;

No. 415, Misc., October Term, 1949. POWERS *v.* HUNTER, WARDEN, 339 U. S. 986;

No. 474, Misc., October Term, 1949. LOOMIS *v.* EDWARDS, JUDGE, 339 U. S. 970;

No. 486, Misc., October Term, 1949. HACKWORTH *v.* HIATT, WARDEN, 339 U. S. 962;

No. 506, Misc., October Term, 1949. LEDER *v.* CALIFORNIA, 339 U. S. 962;

No. 527, Misc., October Term, 1949. KADANS *v.* COLEMAN, 339 U. S. 976;

No. 534, Misc., October Term, 1949. SPRUILL *v.* BROOKS, 339 U. S. 989; and

No. 550, Misc., October Term, 1949. SIEGEL ET AL. *v.* RAGEN, WARDEN, 339 U. S. 990. The petitions for rehearing in these cases are severally denied.